UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:13-M-1160

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MORGAN KYLEE BROWN ) | |

Leave of court is granted for the filing of the foregoing dismissal.

_December 18, 2013_
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE